ATTORNEY GRIEVANCE
COMMISSION

&ast;  IN THE

&ast;  SUPREME COURT

v.

&ast;  OF MARYLAND

&ast;  AG No. 47

BRYAN S. ROSS

&ast;  September Term, 2025

## ORDER

Upon consideration of the joint petition for indefinite suspension, it is this 20th day of March 2026, by the Supreme Court of Maryland,

ORDERED that the Respondent, Bryan S. Ross, is indefinitely suspended from the practice of law in the State of Maryland for violation of Rule 19-308.4(c) and (d); and it is further

ORDERED that the Clerk of this Court shall send notice of this Order in accordance with Maryland Rule 19-761.



/s/ Matthew J. Fader
Chief Justice

Pursuant to the Maryland Uniform Electronic Legal
Materials Act (§§ 10-1601 et seq. of the State
Government Article) this document is authentic.



Gregory Hilton, Clerk